**O**

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANTE BANKS, | CASE NO. CV 12-02992 CJC (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| A. HEDGPETH, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of DELANTE BANKS for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 7, 2014

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE